UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-20489

ROBERTO GONZALEZ,
        Plaintiff,

    vs.

RED RD GAS STATION, CORP.
d/b/a MARATHON,
        Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ROBERTO GONZALEZ, and Defendants, RED RD GAS STATION, CORP.

d/b/a MARATHON, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of

the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above

referenced action and move for the entry of an order dismissing this action with prejudice, with

the Court to retain jurisdiction for enforcement purposes, as the parties have amicably settled this

matter.  Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 23rd day of August, 2017.

*/s/ Jessica L. Kerr*_____
Jessica L. Kerr, Esquire
Florida Bar No. 92810
**THE ADVOCACY GROUP**
333 Las Olas Way, Suite CU3-311
Fort Lauderdale, FL 33301
Telephone: (954) 282-1858
Email: jkerr@advocacypa.com
Email: service@advocacypa.com
*Counsel for Plaintiff*

*/s/ Edward S. Polk*_____
Edward S. Polk, Esquire
Florida Bar No. 239860
**COLE, SCOTT & KISSANE, P.A.**
9150 S. Dadeland Boulevard, 14th Floor
Miami, Florida 33156
Telephone: (305) 350-5338
Email: Edward.Polk@csklegal.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 23rd day of August 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*_____
Jessica L. Kerr, Esquire
Florida Bar No. 92810